IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **DELTA PETROLEUM CORPORATION, et al.,**[1] | Case No. 11-14006 (KJC) |
| **Debtors.** | (Jointly Administered) |
| | Re: D.I. ___354___ |

**ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE
EXTENDING THE EXCLUSIVE PERIODS DURING WHICH THE DEBTORS MAY
FILE A PLAN OF LIQUIDATION AND SOLICIT ACCEPTANCES THEREOF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order pursuant to section 1121(d) of the Bankruptcy Code: (i) extending the period during which the Debtors have the exclusive right to file a plan or plans through and including June 12, 2012 and (ii) extending the period during which the Debtors have the exclusive right to solicit acceptances thereof through and including August 12, 2012; and upon the record in these cases; and adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

---

1.    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803), DPCA LLC (0803), Delta Exploration Company, Inc. (9462), Delta Pipeline, LLC (0803), DLC, Inc. (3989), CEC, Inc. (3154), Castle Texas Production Limited Partnership (6054), Amber Resources Company of Colorado (0506), and Castle Exploration Company, Inc. (9007). The Debtors' headquarters are located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

2.    Capitalized terms used, but not defined, herein shall have the meanings set forth in the Motion.

2.     Pursuant to section 1121(d) of the Bankruptcy Code, the time within which only the Debtors may file a plan or plans under section 1121(b) of the Bankruptcy Code is extended through and including **June 12, 2012**.

3.     Pursuant to section 1121(d) of the Bankruptcy Code, the time within which only the Debtors may solicit acceptances to any proposed plan under section 1121(c)(3) of the Bankruptcy Code is extended through and including **August 12, 2012**.

4.     This Order shall be without prejudice to the Debtors' right to seek further extensions of the time within which only the Debtors may file and solicit acceptances of a plan.

Dated: Wilmington, Delaware
       March 26, 2012

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE