# Exhibit 4

Financial Projections

**PROJECTED FINANCIAL INFORMATION**

The Financial Projections should be read in conjunction with the significant assumptions, qualifications and notes set forth below, as well as the assumptions, qualifications and explanations set forth in the Disclosure Statement.

THE DEBTORS DID NOT PREPARE THE FINANCIAL PROJECTIONS TO COMPLY WITH THE GUIDELINES FOR PROSPECTIVE STATEMENTS PUBLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS AND THE RULES AND REGULATIONS OF THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION.  THE DEBTORS' INDEPENDENT AUDITORS HAVE NEITHER EXAMINED NOR COMPILED THE FINANCIAL PROJECTIONS THAT ACCOMPANY THE DISCLOSURE STATEMENT AND, ACCORDINGLY, DO NOT EXPRESS AN OPINION OR ANY OTHER FORM OF ASSURANCE WITH RESPECT TO THE FINANCIAL PROJECTIONS, ASSUME NO RESPONSIBILITY FOR THE FINANCIAL PROJECTIONS, AND DISCLAIM ANY ASSOCIATION WITH THE FINANCIAL PROJECTIONS. EXCEPT FOR THE PURPOSES OF THE DISCLOSURE STATEMENT, THE DEBTORS DO NOT, AS A MATTER OF COURSE, PUBLISH, OR OTHERWISE PUBLICLY DISCLOSE, FINANCIAL PROJECTIONS OF THEIR ANTICIPATED FINANCIAL POSITION OR RESULTS OF OPERATIONS.

MOREOVER, THE FINANCIAL PROJECTIONS CONTAIN CERTAIN STATEMENTS THAT ARE "FORWARD-LOOKING" WITHIN THE MEANING OF THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995.  THESE STATEMENTS ARE SUBJECT TO A NUMBER OF ASSUMPTIONS, RISKS, AND UNCERTAINTIES, MANY OF WHICH ARE BEYOND THE CONTROL OF THE DEBTORS, INCLUDING THE IMPLEMENTATION OF A PLAN OF REORGANIZATION, OIL & GAS PRICE ENVIRONMENT, EXISTING AND FUTURE GOVERNMENTAL REGULATIONS AND ACTIONS OF GOVERNMENT BODIES, NATURAL DISASTERS AND UNUSUAL WEATHER CONDITIONS, ACTS OF TERRORISM OR WAR, AND OTHER MARKET AND COMPETITIVE CONDITIONS.  HOLDERS OF CLAIMS AND INTERESTS ARE CAUTIONED THAT THE FORWARD-LOOKING STATEMENTS SPEAK AS OF THE DATE MADE AND ARE NOT GUARANTEES OF FUTURE PERFORMANCE.  ACTUAL RESULTS OR DEVELOPMENTS MAY DIFFER MATERIALLY FROM THE EXPECTATIONS EXPRESSED OR IMPLIED IN THE FORWARD-LOOKING STATEMENTS, AND THE DEBTORS UNDERTAKE NO OBLIGATION TO UPDATE ANY SUCH STATEMENTS.

THE FINANCIAL PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE NECESSARILY BASED ON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH, THOUGH CONSIDERED REASONABLE BY THE DEBTORS AND THEIR PROFESSIONALS, MAY NOT BE REALIZED AND ARE INHERENTLY SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC, COMPETITIVE, INDUSTRY, REGULATORY, MARKET AND FINANCIAL UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE DEBTORS' CONTROL AND WILL BE BEYOND REORGANIZED DELTA'S CONTROL.  THE DEBTORS CAUTION THAT NO REPRESENTATIONS CAN BE MADE OR ARE MADE AS TO THE ACCURACY OF THE FINANCIAL PROJECTIONS OR REORGANIZED DELTA'S ABILITY TO ACHIEVE THE PROJECTED RESULTS.  SOME ASSUMPTIONS INEVITABLY WILL BE

INACCURATE. MOREOVER, EVENTS AND CIRCUMSTANCES OCCURRING SUBSEQUENT TO THE DATE ON WHICH THE DEBTORS PREPARED THESE FINANCIAL PROJECTIONS MAY BE DIFFERENT FROM THOSE ASSUMED, OR, ALTERNATIVELY MAY HAVE BEEN UNANTICIPATED, AND THUS THE OCCURRENCE OF THESE EVENTS MAY AFFECT FINANCIAL RESULTS IN A MATERIALLY ADVERSE OR MATERIALLY BENEFICIAL MANNER. EXCEPT AS OTHERWISE PROVIDED IN THE DISCLOSURE STATEMENT, THE DEBTORS AND REORGANIZED DELTA, AS APPLICABLE, DO NOT INTEND AND UNDERTAKE NO OBLIGATION TO UPDATE OR OTHERWISE REVISE THE FINANCIAL PROJECTIONS TO REFLECT EVENTS OR CIRCUMSTANCES EXISTING OR RISING AFTER THE DATE THE DISCLOSURE STATEMENT IS INITIALLY FILED OR TO REFLECT THE OCCURRENCE OF UNANTICIPATED EVENTS. THEREFORE, THE FINANCIAL PROJECTIONS MAY NOT BE RELIED UPON AS A GUARANTY OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR. IN DECIDING WHETHER TO VOTE TO ACCEPT OR REJECT A PARTICULAR COMPETING PLAN, HOLDERS OF CLAIMS MUST MAKE THEIR OWN DETERMINATIONS AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE FINANCIAL PROJECTIONS AND SHOULD CONSULT WITH THEIR OWN ADVISORS.

**Accounting Policies**

THE PROJECTIONS ARE NOT PREPARED IN ACORDANCE WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPALS ("GAAP"), AS APPLICABLE TO THE DEBTORS' AUDITED FINANCIAL STATEMENTS. ACCORDINGLY, THE FINANCIAL PROJECTIONS HAVE NOT BEEN PREPARED USING ACCOUNTING POLICIES THAT ARE GENERALLY CONSISTENT WITH THOSE APPLIED IN THE DEBTORS' HISTORICAL FINANCIAL STATEMENTS. AMONG THE DEPARTURES FROM GAAP IS THAT REORGANIZED DELTA HAS NOT YET CONDUCTED FRESH START ACCOUNTING AS REQUIRED BY GAAP, AND, ACCORDINGLY, THE INFORMATION PRESENTED IN THE FINANCIAL PROJECTIONS DOES NOT REFLECT "FRESH START" ACCOUNTING.

Upon emergence from chapter 11, Reorganized Delta will be required to implement fresh start accounting pursuant to Statement of Position 90-7, "Financial Reporting by Entities in Reorganization Under the Bankruptcy Code," as codified in Accounting Standards Codification ("ASC") 852, "Reorganizations."

The main principles of fresh start reporting require that the reorganization value of the emerging entity be allocated to all of the entity's assets in conformity with the procedures specified by the Statement of Financial Accounting Standards ("SFAS") No. 141R, "Business Combinations," as codified in ASC Topic 805, "Business Combinations," and any portion of the reorganization value that cannot be attributed to specific tangible or identifiable intangible assets of the emerging entity is required to be reported as goodwill. In addition, fresh start accounting requires that the accounting valuation of Reorganized Delta's net operating losses and other tax attributes surviving confirmation of the chapter 11 plan be treated as an asset for GAAP purposes, to the extent of the accounting value net of valuation reserve, and the remainder as an item of paid in capital when realized. Under fresh start accounting, the net operating losses and other tax attributes surviving confirmation do not create an income statement

benefit for GAAP purposes because they are treated as assets acquired from the old (pre-fresh start) entity.

Instead, the Financial Projections record the value of Reorganized Delta's oil and gas assets (including interest in the Joint venture Company) based on the discounted present value of future pre-tax cash flows. Projected income statements do not include income tax expense since Reorganized Delta is anticipated to qualify for the bankruptcy exception under section 382(l)(5) of the Internal Revenue Code, pursuant to which surviving net operating losses and basis in assets are not subject to limitation. Finally, the projected income statements include depletion expenses based on reserve valuations determined without regard to fresh start accounting.

**Summary of Significant Assumptions**

The Debtors, with the assistance of various professionals, including their financial advisors, prepared the Financial Projections based on a number of assumptions with respect to the future performance of Reorganized Delta's operations. Although these projections have been prepared in good faith and are believed to be reasonable, it is important to note that Reorganized Delta can provide no assurance that such assumptions will be realized. A variety of risk factors could affect Reorganized Delta's financial performance and should be considered. The Financial Projections should be reviewed in conjunction with a review of these assumptions, including the qualifications and footnotes set forth herein.

**General Assumptions**

The Debtors have prepared the Financial Projections, for period from September 1, 2012 to December 31, 2017 (the "Forecast Period"). The Debtors have also prepared a projected balance sheet of Reorganized Delta based upon an assumed effective date of September 1, 2012.

The Financial Projections are stand-alone for Reorganized Delta and exclude any assets or operating activity from any of the other debtor or non-debtor entities. None of the other Debtors has any operations with any expected value to be realized during the Forecast Period. The only asset of Amber Resources of Colorado is approximately $906,000 in cash on its balance sheet as of April 30, 2012. However, as discussed in other sections of the Disclosure Statement, any potential recovery of this cash is subject to ongoing litigation and other claims and any timing or ultimate disposition of this litigation was not included in Reorganized Delta's Financial Projections.

The only assets of the Castle Energy Corporation group of debtors ("CEC") consists of approximately $76,000 of cash reported on its most recent consolidated balance sheet and a favorable judgment of approximately $1.5 million from The Long Trusts to Castle Texas LP related to unpaid joint interest billings. The case is currently on appeal to the Texas Supreme Court. Offsetting any potential favorable judgment is a separate lawsuit brought by The Long Trusts for unspecified damages relating to breach of operating agreements and other matters. Any potential recovery of the cash at the CEC entities is subject to ongoing litigation and other claims and any timing or ultimate disposition of this litigation was not included in Reorganized Delta's Financial Projections.

The Financial Projections assume that Reorganized Delta's operations will consist primarily of its 33.34% interest in the Joint Venture Company, non-operated working interests in certain offshore California oil & gas properties ("Point Arguello"), the interests in the Forward Carry Wells (as defined in Section 10.3(f) of the Contribution Agreement) to be received by Reorganized Delta pursuant to the Economic Interest Agreement with the Joint Venture Company as provided by Section 10.3(f) of the Contribution Agreement, approximately 70 frac tanks that will be leased out to third parties, two surplus compressors being held for sale, and miscellaneous non-core assets held for sale or liquidation.

It is anticipated that Reorganized Delta will file for public registration and trading of its equity and will maintain office and staff consisting of an overhead structure to manage its operations, which are significantly smaller in size and annual cost than the Debtors' historical levels, however will be sufficient to meet corporate governance and reporting standards typically required for publicly traded companies.

**Revenue Assumptions**

The primary source of revenue is derived from the sale of Reorganized Delta's share of oil & gas production from its directly and indirectly owned non-operated working interests as estimated in the most recent reserve reports prepared at the request of the Debtor by Netherland, Sewell & Associates, Inc. ("NSAI") dated June 6, 2012. The assumed prices and oil & gas production included in the Financial Projections are shown in the chart below:

| Key Revenue Drivers | September 1 to December 31 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 |
|---|---|---|---|---|---|---|
| **Price Deck** | | | | | | |
| WTI Oil ($/Bbl) | $ 104.00 | $ 106.69 | $ 109.00 | $ 110.65 | $ 113.97 | $ 117.39 |
| Henry Hub Gas ($/MMBtu) | $ 2.97 | $ 3.58 | $ 4.04 | $ 4.66 | $ 4.80 | $ 4.94 |
| **Average Differential** | | | | | | |
| Oil - $/bbl | $ (10.43) | $ (10.73) | $ (10.95) | $ (11.11) | $ (11.45) | $ (17.61) |
| Gas - $/MMBtu | $ (0.49) | $ (0.56) | $ (0.62) | $ (0.70) | $ (0.70) | $ (0.68) |
| **Average Realized Prices** | | | | | | |
| Oil - $/bbl | $ 93.57 | $ 95.96 | $ 98.05 | $ 99.54 | $ 102.52 | $ 99.78 |
| Gas - $/Mcf * | $ 2.48 | $ 3.02 | $ 3.42 | $ 3.96 | $ 4.10 | $ 4.26 |
| **Oil & Gas Production** | | | | | | |
| Oil sales production (Bbls) | 15,588 | 64,026 | 56,897 | 50,545 | 30,645 | 239 |
| Gas sales production (Mcf) | 16,843 | 146,076 | 107,213 | 76,831 | 62,667 | 49,594 |
| **Total Production - Mcfe** | 110,369 | 530,232 | 448,594 | 380,103 | 246,538 | 51,027 |
| **Revenue** | | | | | | |
| Oil Revenue | $ 1,458,571 | $ 6,144,197 | $ 5,578,740 | $ 5,031,502 | $ 3,141,633 | $ 23,834 |
| Gas Revenue | 41,696 | 440,599 | 366,633 | 304,424 | 257,234 | 211,261 |
| **Total Oil & Gas Revenue** | **$ 1,500,267** | **$ 6,584,796** | **$ 5,945,372** | **$ 5,335,925** | **$ 3,398,867** | **$ 235,095** |

* After btu/Mcf conversion, assumed at 0.895

The frac tank rental income is based on a current inventory of 70 tanks with an assumed 90% utilization throughout the forecast period and a $200 per month rental revenue per tank, increasing at 3% per annum. No other assets retained by Reorganized Delta are assumed to generate any operating income.

**Expenses**

Lease operating expense, transportation expense, and production taxes are based on historical levels and management estimates of future expectations. General & administrative expense assumes a corporate governance and compliance structure anticipated to be necessary to meet public filing requirements, as well as a basic back office and staff structure to operate the significantly diminished size and scope of operations of Reorganized Delta. Additionally, certain expense assumptions were made that anticipate realizing some efficiencies through potential service arrangements with the proposed Joint Venture Company to manage certain administrative functions of Reorganized Delta's operations.

Depletion expenses are not reported in accordance with GAAP and fresh start accounting. Rather, oil & gas depletion was included in the net income of both the Joint Venture Company and Reorganized Delta based on certain estimated reserve values of the oil & gas assets upon the effective date and no estimates or adjustments were made for the impact of any changes in accounting basis of these assets under fresh start accounting.

**Other Income**

Other income consists primarily of Reorganized Delta's share of the forecasted net income arising from its 33.34% equity interest in the Joint Venture Company. No cash dividends or distributions from the Joint Venture Company to Reorganized Delta are anticipated or projected during the forecast period.

The forecasted earnings of the Joint Venture Company were derived from a combination of a 2 year preliminary business plan and forecast documentation for 2013-2014 provided by the management of Laramie, and an extension of the projection period through 2017 and certain other adjustments made by Conway. The 2013-2014 preliminary business plan of the Joint Venture Company provided by Laramie assumes a one rig development drilling program commencing in late 2012 and a two rig program in by late 2013. However, this development may be postponed by the Joint Venture Company's board of directors and its decision will depend on the future outlook for oil & gas prices in 2013 and beyond. Accordingly, there can be no assurances that the future earnings of the Joint Venture Company will be realized as forecasted.

**Income Taxes**

Income taxes in the Financial Projections are estimated to be 0%, which assumes Reorganized Delta will qualify for the bankruptcy exception under §382(l)(5) of the Internal Revenue Code, as described in Section XII.B of the Disclosure Statement, and net operating losses will be utilized, without limitation, to offset any potential taxable income. This presentation of income taxes was not prepared in accordance GAAP and fresh start accounting. Rather, the value of the tax attributes is captured in the form of tax free net income rather than calculated income taxes being treated as an offset or reduction to the estimated value of a carried tax asset or reported as an addition to paid-in capital.

**Balance Sheet Assumptions**

Current assets assume an opening cash balance of Reorganized Delta of $1 million to provide minimum operating liquidity and fund expenses estimated to be needed during the post-effective date transition period.

Accounts receivable anticipate approximately 60 days of sales outstanding, consistent with historical and industry norms for non-operated net revenue receivables. Prepaid assets and other consist primarily of prepaid insurance, and a minimal amount of spare parts inventory to service the frac tank operations.

Oil & gas assets are recorded at the estimated net present value of future cash flows, net of general & administrative expenses and anticipated changes in working capital, discounted at an assumed weighted average cost of capital (see Exhibit 5, Valuation). Field assets consist primarily of the two field compressors currently held for sale in a storage facility in Wyoming. The forecast assumes these compressors are sold within a short period of time following the assumed plan effective date for approximately $4.0 million of net proceeds to Reorganized Delta.

Current liabilities assume historical levels of trade terms for payables and accrued liabilities. Other liabilities consist primarily of estimated royalties payable, which are assumed to be paid on an average 90 day following the production, consistent with historical and industry averages.

Long-term debt assumes the issuance of $10 million of new debt at closing.

Asset retirement obligation is the Debtor's estimate of future asset retirement obligations for its share of the non-operated producing wells, which are assumed to be paid out of operating cash flow as they come due.

No capital expenditures directly by Reorganized Delta are anticipated to be necessary. The interests to be received by Reorganized Delta in the Forward Carry Wells pursuant to Section 10.3(f) of the Contribution Agreement will not bear any portion of the future drilling costs of such wells.

**REORGANIZED DELTA**
**Reorganized Balance Sheet**

|  | Estimate as of August 31, 2012 | Adjustments for Reorganization | Adjustments for Fair Market Value | Pro Forma Post Reorg as of Sept 1, 2012 |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| Cash and equivalents | $ 5,818,542 | $ (4,818,542) | $ - | $ 1,000,000 |
| Trade Accounts Receivable | 815,958 | (815,958) | - | - |
| Prepaid Assets | 3,512,351 | - | (3,512,351) | - |
| Prepaid Reorg Costs | 1,300,888 | (1,300,888) | - | - |
| Other current assets | 443,685 | - | (43,685) | 400,000 |
| **Current Assets** | 11,891,424 | (6,935,388) | (3,556,036) | 1,400,000 |
| **Long-term Assets** | | | | |
| Oil & Gas Properties & Field Assets | 836,857,995 | (75,445,255) | (753,959,253) | 7,453,487 |
| Less: Accumulated DD&A | (487,516,948) | | 487,516,948 | - |
| **Net Property & Equipment** | 349,341,047 | (75,445,255) | (266,442,306) | 7,453,487 |
| **Other Assets** | | | | |
| Minority Equity Interest in Joint Venture Company | - | - | 92,964,161 | 92,964,161 |
| Other Assets | 4,710,426 | - | (4,410,426) | 300,000 |
| **Total Assets** | $ 365,942,897 | $ (82,380,643) | $ (181,444,607) | $ 102,117,648 |
| **LIABILITIES & STOCKHOLDERS' EQUITY** | | | | |
| **Liabilities Not Subject to Compromise (Post Petition)** | | | | |
| Accounts Payable | $ 3,325,000 | $ (3,325,000) | $ - | $ - |
| Accrued Taxes | 667,710 | (667,710) | - | - |
| Secured Debt - DIP Facility | 64,287,000 | (54,287,000) | - | 10,000,000 |
| Accrued Professional Fees & U.S.Trustee Fees | 8,000,000 | (8,000,000) | - | - |
| Asset Retirement Obligation | 3,474,475 | (2,874,475) | - | 600,000 |
| Other Post-Petition Liabilities | 3,975,458 | (3,975,458) | - | - |
| **Total Liabilities Not Subject to Compromise** | 83,729,643 | (73,129,643) | - | 10,600,000 |
| **Liabilities Subject to Compromise (Pre-Petition)** | | | | |
| Secured Debt | - | - | - | - |
| Priority Debt | 4,096,000 | (4,096,000) | - | - |
| Unsecured Debt | 273,506,277 | (273,506,277) | - | - |
| **Total Liabilities Subject to Compromise** | 277,602,277 | (277,602,277) | - | - |
| **Total Liabilities** | 361,331,920 | (350,731,920) | - | 10,600,000 |
| **Stockholders' Equity** | 4,610,978 | 268,351,277 | (181,444,607) | 91,517,648 |
| **Total Liabilities & Stockholders' Equity** | $ 365,942,897 | $ (82,380,643) | $ (181,444,607) | $ 102,117,648 |

**REORGANIZED DELTA**
**Forecasted Income Statement**

| | September 1 to December 31 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 |
|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | |
| Oil and gas sales | $ 1,500,267 | $ 6,584,796 | $ 5,945,372 | $ 5,335,925 | $ 3,398,867 | $ 235,095 |
| Frac tank leasing income | 25,200 | 153,468 | 158,072 | 162,814 | 167,699 | 172,730 |
| Other | - | - | - | - | - | - |
| **Total Revenue** | 1,525,467 | 6,738,264 | 6,103,444 | 5,498,740 | 3,566,565 | 407,825 |
| **Operating Expenses:** | | | | | | |
| Lease operating expense | 797,771 | 3,290,563 | 2,919,263 | 2,590,497 | 1,573,285 | 20,411 |
| Transportation expense | 20,794 | 180,209 | 132,413 | 94,870 | 77,376 | 61,233 |
| Production taxes | 16,712 | 83,437 | 73,978 | 65,236 | 44,016 | 10,579 |
| Repairs & maintenance | 3,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 |
| Depreciation, depletion, and amortization | 215,335 | 926,262 | 811,362 | 714,966 | 526,984 | 251,817 |
| General and administrative | 521,350 | 1,610,972 | 1,659,301 | 1,493,371 | 1,344,034 | 1,209,630 |
| **Total Operating Expenses** | 1,574,963 | 6,103,442 | 5,608,317 | 4,970,941 | 3,577,695 | 1,565,670 |
| **Operating Income (loss):** | (49,496) | 634,823 | 495,128 | 527,799 | (11,130) | (1,157,845) |
| **Other Income and (Expense):** | | | | | | |
| Other income (expense), net | - | - | - | - | - | - |
| Income (loss) from unconsolidated affiliates | 1,920,921 | 9,624,655 | 19,496,469 | 26,935,074 | 29,651,153 | 32,981,325 |
| Interest and financing costs, net | (166,667) | (508,333) | (533,750) | (560,438) | (588,459) | (617,882) |
| | 1,754,254 | 9,116,322 | 18,962,719 | 26,374,636 | 29,062,693 | 32,363,443 |
| Income (loss) before Income Taxes | 1,704,758 | 9,751,145 | 19,457,847 | 26,902,436 | 29,051,563 | 31,205,598 |
| Income taxes expense (benefit): | - | - | - | - | - | - |
| **Net Income (Loss):** | $ 1,704,758 | $ 9,751,145 | $ 19,457,847 | $ 26,902,436 | $ 29,051,563 | $ 31,205,598 |

**REORGANIZED DELTA**
Forecasted Balance Sheet

| | Pro Forma Post Reorg as of Sept 1, 2012 | As of December 31, 2012 | As of December 31, 2013 | As of December 31, 2014 | As of December 31, 2015 | As of December 31, 2016 | As of December 31, 2017 |
|---|---:|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | | |
| **Current Assets** | | | | | | | |
| Cash | $ 1,000,000 | $ 4,343,056 | $ 6,272,443 | $ 7,660,532 | $ 8,994,087 | $ 9,428,794 | $ 8,894,640 |
| Accounts receivable | - | 750,230 | 1,107,660 | 1,003,306 | 903,902 | 586,285 | 67,040 |
| Prepaid assets & other | 400,000 | 814,000 | 428,000 | 440,840 | 396,756 | 357,080 | 321,372 |
| Total Current Assets | 1,400,000 | 5,907,285 | 7,808,103 | 9,104,678 | 10,294,746 | 10,372,159 | 9,283,052 |
| **Long-term Assets** | | | | | | | |
| Oil & Gas Properties & Field Assets | 7,453,487 | 3,453,487 | 3,453,487 | 3,453,487 | 3,453,487 | 3,453,487 | 3,453,487 |
| Less: Accumulated D,D&A | - | (215,335) | (1,141,597) | (1,952,959) | (2,667,925) | (3,194,909) | (3,446,726) |
| Net Property & Equipment | 7,453,487 | 3,238,151 | 2,311,890 | 1,500,527 | 785,562 | 258,578 | 6,761 |
| **Other Assets** | | | | | | | |
| Minority equity interest in JV Company | 92,964,161 | 94,885,082 | 104,509,737 | 124,006,206 | 150,941,280 | 180,592,432 | 213,573,758 |
| Other assets | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 |
| **Total Assets** | $ 102,117,648 | $ 104,330,518 | $ 114,929,729 | $ 134,911,412 | $ 162,321,587 | $ 191,523,169 | $ 223,163,571 |
| **LIABILITIES & STOCKHOLDERS' EQUITY** | | | | | | | |
| **Current Liabilities** | | | | | | | |
| Accounts payable | $ - | $ 104,270 | $ 322,194 | $ 331,860 | $ 298,674 | $ 268,807 | $ 241,926 |
| Accrued liabilities | - | 8,356 | 22,072 | 34,233 | 44,956 | 52,192 | 53,931 |
| Other liabilities | - | 228,820 | 336,913 | 305,172 | 274,937 | 178,328 | 20,391 |
| Total Current Liabilities | - | 341,446 | 681,179 | 671,265 | 618,567 | 499,327 | 316,248 |
| **Long-term Liabilities** | | | | | | | |
| Long-term debt | 10,000,000 | 10,166,667 | 10,675,000 | 11,208,750 | 11,769,188 | 12,357,647 | 12,975,529 |
| Asset retirement obligation | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 280,800 | 280,800 |
| Total Long-Term Liabilities | 10,600,000 | 10,766,667 | 11,275,000 | 11,808,750 | 12,369,188 | 12,638,447 | 13,256,329 |
| Total Liabilities | 10,600,000 | 11,108,113 | 11,956,179 | 12,480,015 | 12,987,755 | 13,137,774 | 13,572,577 |
| **Stockholders' Equity** | | | | | | | |
| Common stock | 91,517,648 | 91,517,648 | 91,517,648 | 91,517,648 | 91,517,648 | 91,517,648 | 91,517,648 |
| Retained earnings / (loss) | - | 1,704,758 | 11,455,902 | 30,913,749 | 57,816,185 | 86,867,748 | 118,073,346 |
| Total Stockholders' Equity | 91,517,648 | 93,222,405 | 102,973,550 | 122,431,397 | 149,333,832 | 178,385,396 | 209,590,993 |
| **Total Liabilities & Stockholders' Equity** | $ 102,117,648 | $ 104,330,518 | $ 114,929,729 | $ 134,911,412 | $ 162,321,587 | $ 191,523,169 | $ 223,163,571 |

**REORGANIZED DELTA**
**Forecasted Cash Flow Statement**

|  | September 1 to December 31 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 |
|---|---|---|---|---|---|---|
| **CASH FLOW FROM OPERATING ACTIVITIES** | | | | | | |
| Net Income | $ 1,704,758 | $ 9,751,145 | $ 19,457,847 | $ 26,902,436 | $ 29,051,563 | $ 31,205,598 |
| Adjustments to Reconcile Income to Cash | | | | | | |
| Depreciation, depletion & amortization | 215,335 | 926,262 | 811,362 | 714,966 | 526,984 | 251,817 |
| (Income) / loss from unconsolidated affiliates | (1,920,921) | (9,624,655) | (19,496,469) | (26,935,074) | (29,651,153) | (32,981,325) |
| Change in Assets & Liabilities | | | | | | |
| Accounts receivable | (750,230) | (357,430) | 104,354 | 99,404 | 317,618 | 519,245 |
| Prepaid assets & other | (414,000) | 386,000 | (12,840) | 44,084 | 39,676 | 35,708 |
| Accounts payable | 104,270 | 217,924 | 9,666 | (33,186) | (29,867) | (26,881) |
| Accrued liabilities | 8,356 | 13,716 | 12,161 | 10,724 | 7,236 | 1,739 |
| Other liabilities | 228,820 | 108,093 | (31,741) | (30,235) | (415,809) | (157,937) |
| Changes in assets & liabilities | (822,784) | 368,303 | 81,600 | 90,790 | (81,147) | 371,874 |
| **Cash Flow From Operating Activities** | $ (823,611) | $ 1,421,054 | $ 854,340 | $ 773,117 | $ (153,753) | $ (1,152,036) |
| **CASH FLOW FROM INVESTING ACTIVITIES** | | | | | | |
| Capital expenditures | - | - | - | - | - | - |
| Asset sales / (acquisitions) | 4,000,000 | - | - | - | - | - |
| **Cash Flow From Investing Activities** | $ 4,000,000 | $ - | $ - | $ - | $ - | $ - |
| **CASH FLOW FROM FINANCING ACTIVITIES** | | | | | | |
| Borrowings / (repayments) of long-term debt | - | - | - | - | - | - |
| PIK interest accretion | 166,667 | 508,333 | 533,750 | 560,438 | 588,459 | 617,882 |
| Additional borrowings / debt issuance | - | - | - | - | - | - |
| **Cash Flow From Financing Activities** | $ 166,667 | $ 508,333 | $ 533,750 | $ 560,438 | $ 588,459 | $ 617,882 |
| **Net Increase / (Decrease) in Cash** | $ 3,343,056 | $ 1,929,387 | $ 1,388,090 | $ 1,333,555 | $ 434,707 | $ (534,154) |
| Cash at Beginning of Period | $ 1,000,000 | $ 4,343,056 | $ 6,272,443 | $ 7,660,532 | $ 8,994,087 | $ 9,428,794 |
| Cash at End of Period | $ 4,343,056 | $ 6,272,443 | $ 7,660,532 | $ 8,994,087 | $ 9,428,794 | $ 8,894,640 |