# Exhibit 5

Valuation Analysis

**The Debtors' Reorganized Value Analysis**

      (A)    Overview

Conway has undertaken this valuation analysis for the purpose of determining the reorganized business enterprise value ("BEV") of Reorganized Delta on a going-concern basis. The estimated total value available for distribution ("Distributable Value") to members of the Classes is based on an estimated value of Reorganized Delta's BEV plus $75 million (subject to adjustment) to be received from the Joint Venture Company.

Based in part on information provided by the Debtors, Laramie and its own analyses of that and other information, Conway has concluded that the BEV of Reorganized Delta ranges from $100 million to $110 million, with a midpoint of $105 million, as of assumed projected Effective Date on or about September 1, 2012. After giving effect to the BEV and $75 million (subject to adjustment) cash payment, Conway's estimate of the midpoint of Distributable Value equals approximately $180 million. These values do not give effect to any recoveries from (1) the Recovery Trusts or (2) additional value ascribed to the utilization of NOLs from activities, if any, outside the Financial Projections.

In addition, Conway undertook a valuation analysis for the purpose of determining the BEV of Delta's debtor affiliates (DPCA LLC, Delta Exploration Company, Inc., Delta Pipeline, LLC, DLC, Inc., CEC, Inc., Castle Texas Production Limited Partnership, Amber Resources Company of Colorado, and Castle Exploration Company, Inc.) on a going-concern basis. As the debtor affiliates contain principally either (1) de minimis assets and/or (2) assets reserved against offsetting contingent liabilities (generally arising from litigation), the BEV attributed to each of these debtor affiliates is estimated to be $0.

CONWAY'S ESTIMATES OF BEV AND DISTRIBUTABLE VALUE DO NOT CONSTITUTE AN OPINION AS TO FAIRNESS FROM A FINANCIAL POINT OF VIEW OF THE DISTRIBUTABLE VALUE TO BE MADE UNDER THE PLAN OR OF THE TERMS AND PROVISIONS OF THE PLAN, NOR DOES IT PROVIDE ANY INDICATION OF THE VALUE OF ANY CLAIMS AGAINST THE DEBTORS.

THE DETERMINATION OF BEV AND DISTRIBUTABLE VALUE DESCRIBED IN THIS EXHIBIT 5 CONSIDERS FACTORS SUCH AS MARKET-DRIVEN COSTS OF CAPITAL, MINORITY INTEREST AND PRIVATE COMPANY ILLIQUIDITY DISCOUNTS IN THE AMOUNT OF 20% EACH, RESULTING IN AN AGGREGATE DISCOUNT OF 36%. IT ALSO CONSIDERED PUBLICLY TRADED COMPARABLE COMPANIES, AND MERGER & ACQUISITION ("M&A") TRANSACTION VALUES OF PROVED PRODUCING RESERVES. NON PRODUCING RESERVES WERE NOT PART OF THE COMPARABLE METRIC. EXISTING INFRASTRUCTURE VALUE WAS NOT CONSIDERED IN THE ANALYSIS. AS SUCH, THE BEV AND DISTRIBUTABLE VALUE REPRESENTED IN THIS EXHIBIT 5 COULD BE MATERIALLY DIFFERENT FROM THE ACUTAL VALUE REALIZED IF THE NON PRODUCING ASSETS ARE CONSIDERED. THEY WILL ALSO BE DIFFERENT FROM VALUES FOUND ELSEWHERE IN THIS DISCLOSURE STATEMENT WHERE RESERVE ESTIMATES ARE USED TO ADDRESS THE RELATIVE VALUES OF ASSETS CONTRIBUTED BY LARAMIE AND

REORGANIZED DELTA TO THE JOINT VENTURE COMPANY.

The BEV and Distributable Value analysis reflects work performed by Conway on the basis of information made available to Conway through June 15, 2012. Although subsequent developments may affect Conway's conclusions, neither Conway nor Reorganized Delta has any obligation to update, revise, or reaffirm the BEV estimate or the underlying information provided to Conway by the Debtors.

In estimating the BEV of Reorganized Delta, Conway (a) reviewed and performed sensitivity analysis regarding certain third-party reserve engineering data on both the Debtors' and Laramie's oil and gas properties with an effective date of April 30, 2012; (b) reviewed Laramie's preliminary business plan and financial model for developing the oil and gas properties of the Joint Venture Company; (c) reviewed historical financial information of Reorganized Delta for recent years prior to the Petition Date as well as the period after the Petition Date; (d) reviewed certain internal financial and operating data of Reorganized Delta and Laramie; (e) met with certain members of management to discuss Reorganized Delta's and the Joint Venture Company's operations and future prospects; (f) reviewed publicly available financial data and considered the market value of public companies that Conway deemed generally comparable to the operating business of Reorganized Delta and the Joint Venture Company; (g) reviewed publicly available financial data and considered the valuations implied by prior M&A transactions involving potential comparable assets or companies; (h) considered certain economic and industry information relevant to the operating business; and (i) conducted such other studies, analyses, inquiries, and investigations as deemed appropriate. Although Conway conducted a review and analysis of Reorganized Delta's business, operating assets, and liabilities and Laramie's financial model and business plan, it assumed and relied upon the accuracy and completeness of all financial and other information furnished to it by Laramie and the Debtors, as well as publicly available information. If the businesses perform at levels below those set forth in the Financial Projections, such performance may have a materially negative impact on BEV and Distributable Value. The Debtors have reviewed Laramie's preliminary business plan and financial model for developing the oil and gas properties of the Joint Venture Company but provide no assurance that Joint Venture Company will achieve the results as projected in or that Laramie or the Joint Venture Company will have the ability to fund the development costs as projected.

In addition, Conway did not independently verify certain of the data and other information used in the preparation of the Financial Projections nor independently validate a number of the assumptions made therein. In addition, no independent valuations or appraisals of the Debtors were sought or obtained in connection herewith. The estimates set forth herein were developed by Conway for purposes of providing an analysis and estimate of BEV and Distributable Value.

Conway's analysis addresses the estimated BEV and Distributable Value of Reorganized Delta on a going-concern basis. It does not address other aspects of the proposed reorganization, the Plan, or any other transactions and does not address the Debtors' underlying business decision to effect the reorganization set forth in the Plan. Conway's estimated BEV and Distributable Value of Reorganized Delta does not constitute a recommendation to any Holder of Claims as to how such Holder should vote or otherwise act with respect to the Plan. Conway has not been asked to, nor did Conway express, any view as to what the value of Reorganized Delta's

securities will be when issued pursuant to the Plan or the prices at which they may trade in the future.

The estimates contained herein reflect the application of various valuation techniques and do not purport to reflect or constitute appraisals, liquidation values, or estimates of the actual market value that may be realized through the sale of any assets or securities to be issued pursuant to the Plan. Such sale prices might be significantly different than the amounts set forth herein. The value of an operating business is subject to numerous uncertainties and contingencies that are difficult to predict and will fluctuate with changes in factors affecting the financial condition and prospects of such a business, including those specific to the industry in which Reorganized Delta operates, those which affect the global economy in general, and those that are unique to Reorganized Delta. As a result, the estimated BEV range of Reorganized Delta set forth herein is not necessarily indicative of actual outcomes, which may be significantly more or less favorable than those set forth herein. Nothing contained in this Exhibit or elsewhere in this Disclosure Statement or the Plan is intended to be, or should be construed to be, a guarantee by Conway, the Debtors, or any other entity as to BEV, Distributable Value, any other value or valuation and/or any other estimates set forth herein and therein. In addition, the valuation of newly issued securities is subject to additional uncertainties and contingencies, all of which are difficult to predict. Actual market prices of such securities will depend upon, among other things, natural gas and liquids prices, the operating performance of Reorganized Delta and the Joint Venture Company, prevailing interest rates, conditions in the financial markets, the anticipated holding period of securities received by Holders of Claims (some of whom may prefer to liquidate their investment rather than hold it on a long-term basis), and other factors that generally influence the prices of securities.

### (B)     Valuation Methodology

The following is a brief summary of certain financial analyses performed by Conway to arrive at its range of estimated BEV for Reorganized Delta. While Conway performed certain procedures, including each of the financial analyses described below, Conway's valuation analysis must be considered as a whole and selecting just one methodology or only certain portions of the analysis could create a misleading or incomplete conclusion as to BEV.

The significant majority of Reorganized Delta's value is derived from its 33.34% interest in the Joint Venture Company. Reorganized Delta has assets outside the Joint Venture Company that include, among other things, Delta's Point Arguello interests, certain compressors located in Wyoming, frac tanks, and receivables and other working capital. The value of these assets outside the Joint Venture Company, net of Reorganized Delta's corporate overhead, is estimated to be approximately $8.5 million. This amount is included in the BEV and Distributable Value estimates outlined above.

#### (1)     Comparable Company Analysis

Under the comparable company analysis, the value of a company is calculated based upon the implied valuations of other similar companies that are publicly traded. Under this methodology, BEVs for selected public companies are typically expressed as multiples of various financial statistics, including, for companies in the extractive industries, reserve metrics and

3

income statement items. The primary valuation metric applied in Conway's comparable company analysis compares BEV to the company's proven, developed reserves and PV-10 calculations[1]. Comparing BEV to EBITDA (earnings before interest, taxes, depreciation and amortization) was initially considered, and then discarded, as the vast majority (approximately 84%) of the oil and gas assets of Joint Venture Company is currently not producing, and as such, not generating EBITDA. While Conway considered several other valuation metrics, Conway believes comparing BEV to reserves is a much more meaningful and relevant metric in determining the Reorganized Delta's BEV.

A critical factor in Conway's comparable company analysis was the selection of companies with relatively similar business and reserve characteristics to Delta. Criteria for selecting comparable companies for the analysis included, among other relevant characteristics, percentage of gas production relative to oil and significant percentage of reserves located in the Rocky Mountains. The selection of truly comparable companies is typically difficult and subject to limitations due to sample size and the availability of meaningful market-based information. However, the underlying concept is to develop a premise for relative value, which, when coupled with other approaches, presents a foundation for determining BEV.

Conway calculated multiples for its comparable company analysis by dividing the BEV of each comparable company by its (a) latest PV-10 estimates and (b) latest proven, developed reserve estimates, as determined through public filings and other publicly available information.

Conway then applied a range of multiples to the Reorganized Delta's PV-10 values and proven, developed reserves to determine a range of BEVs. Finally, Conway applied certain discounts for minority interest and illiquidity to Reorganized Delta's 33.34% interest in the Joint Venture Company. The aggregate discount Conway applied for minority and illiquidity of the 33.34% interest in the Joint Venture Company aggregated 36%.

Conway compared the resulting amounts to the average of the indications of value derived by applying certain high and low discount rates to the reported reserves of the Debtors. The high discount rates were 10% for proven producing reserves and 20% for all other reserves. The low discount rates were 8% for proven producing reserves and 15% for all other reserves.

(2) Comparable M&A Transactions Analysis

Comparable mergers and acquisitions transactions analysis estimates the value of a company based upon the valuations implied by prior M&A transactions involving comparable assets or companies. Under this methodology, for companies in the extractive industries, BEVs for selected targeted assets or companies involved in M&A transactions are typically expressed as multiples of various reserve values or income statement metrics. Although there were a

---

[1] PV-10 is defined as the present value of estimated future revenues to be generated from the production of proved reserves, before income taxes, of proved reserves calculated in accordance with Financial Accounting Standards Board guidelines, net of estimated production and future development costs, using prices and costs as of the date of estimation without future escalation, without giving effect to hedging activities, non-property related expenses such as general and administrative expenses, debt service and depreciation, depletion and amortization, and discounted using an annual discount rate of 10%.

4

number of transactions in the current gas price environment, Conway was not able to satisfy itself that any such transactions were sufficiently comparable to Reorganized Delta, in view of percentage of gas production relative to oil, significant percentage of reserves located in the Rocky Mountains, and proportion of developed versus undeveloped reserves.

(3)  Discounted Cash Flow Analysis

The Discounted Cash Flow ("DCF") analysis values a business by determining the current value of estimated future cash flows to be generated by that business. Under this methodology, projected future cash flows are discounted by the business' weighted average cost of capital (the "WACC"). The WACC reflects the estimated blended rate of return that debt and equity investors would require in order to invest in the business based upon its capital structure. Under the DCF analysis, Conway determined a value for Reorganized Delta by calculating the present value of Reorganized Delta's unlevered free cash flows provided in the Financial Projections for the period of September 2012 through December 2017 plus an estimate, known as the terminal value, for the value of the firm beyond December 2017. In the case of Reorganized Delta, Conway estimated the terminal value by projecting the transaction value of Reorganized Delta as of January 1, 2018. Conway considered but did not use indications of terminal value from capitalizations of free cash flow, because Reorganized Delta projects that most of the cash from producing wells will be expended on development of their extensive undeveloped reserves. To estimate the WACC, Conway used the cost of equity and the before-tax cost of debt for Reorganized Delta and not an industry average, because the majority of Reorganized Delta's BEV is attributable to the Joint Venture Company, of which Reorganized Delta is the minority equity owner who does not control the capital structure. Conway calculated the cost of equity based upon the "Capital Asset Pricing Model," which assumes that the required equity return is a function of the risk-free cost of capital and the correlation of a publicly traded stock's performance to the return on the broader market. To estimate the cost of debt, Conway used the estimated debt financing cost for the Joint Venture Company as outlined in the JV Company Credit Facility Term Sheets.

Although formulaic methods were used to derive the key estimates for the DCF methodology, their application and interpretation still involved complex considerations and judgments concerning potential variances in the projected financial and operating characteristics of Reorganized Delta and the Joint Venture Company, which in turn affect the cost of capital and terminal values. Conway determined its DCF valuation based on WACCs centered around 13.5%.

In applying the above method, Conway utilized the Financial Projections for September 2012 through December 2017 and for the terminal year to derive unlevered free cash flows. The free cash flows include sources and uses of cash not reflected in the income statement, such as changes in working capital and capital expenditures. For purposes of the DCF, Reorganized Delta is assumed to have the benefit of net operating losses, additional tax basis, and other adjustments which would completely shield them from the requirement to pay state or federal income taxes. This is due to Reorganized Delta anticipating that their Plan of Reorganization will qualify for the bankruptcy exception under §382(l)(5) of the Internal Revenue Code, as described in Section XII.B of the Disclosure Statement. The projected cash flows derived as described above, along with the terminal value, are discounted back to the assumed Effective Date using the WACC range to arrive at a range of BEVs.

### (C) Recovery Trusts

As noted above, the Debtors have commenced or plan on commencing actions against various parties.

Conway has assigned no value to the Recovery Trusts. To the extent Reorganized Delta is able to realize value from the Recovery Trusts following emergence from bankruptcy, any such value would be incremental to Conway's estimate of BEV set forth above.

### (D) NOL Value

Reorganized Delta projects that there will be substantial additional NOLs and other favorable tax attributes beyond those anticipated to be utilized under the Financial Projections and to shelter the tax gain associated with the projected terminal value. Conway has ascribed no value to these additional losses and attributes, because neither Reorganized Delta nor the creditors who will become shareholders of Reorganized Delta upon consummation of the Plan has provided any business plan for the utilization of these additional losses and attributes.

THE SUMMARY SET FORTH ABOVE DOES NOT PURPORT TO BE A COMPLETE DESCRIPTION OF THE ANALYSES PERFORMED BY CONWAY. THE PREPARATION OF AN ESTIMATE INVOLVES VARIOUS DETERMINATIONS AS TO THE MOST APPROPRIATE AND RELEVANT METHODS OF FINANCIAL ANALYSIS AND THE APPLICATION OF THESE METHODS IN THE PARTICULAR CIRCUMSTANCES AND, THEREFORE, SUCH AN ESTIMATE IS NOT READILY SUITABLE TO SUMMARY DESCRIPTION. IN PERFORMING THESE ANALYSES, CONWAY AND THE DEBTORS MADE NUMEROUS ASSUMPTIONS WITH RESPECT TO INDUSTRY PERFORMANCE, BUSINESS AND ECONOMIC CONDITIONS, AND OTHER MATTERS. THE ANALYSES PERFORMED BY CONWAY ARE NOT A GUARANTEE OF FUTURE RESULTS, WHICH MAY BE SIGNIFICANTLY MORE OR LESS FAVORABLE THAN SUGGESTED BY SUCH ANALYSES.